UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| CHALISA KEEGSTRA, | Civil No. 2:18-CV-00338-MJP |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

Defendant shall have up to and including July 18, 2018, to file a Response to Plaintiff's Complaint.

DATED this 26th day of June, 2018.

*[signature]*
Marsha J. Pechman
United States District Judge

Page 1     ORDER - [2:18-CV-00338-MJP]

Presented by:

s/ L. Jamala Edwards
L. JAMALA EDWARDS
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2732
Fax: (206) 615-2531
jamala.edwards@ssa.gov